JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFICARE CAPITAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FRIENDSHIP RETIREMENT CORPORAITON, et al.,<br><br>    Defendants. | Case No. CV 25-5883-MWF(AGRx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF CASE IN ITS ENTIRETY** |

The Court has considered the Stipulation of Dismissal of Case in its entirety, Without Prejudice, filed August 8, 2025 (the "Stipulation"). (Docket No. 19). For good cause shown, the Court **GRANTS** the parties' request. The remaining Defendants, FRIENDSHIP RETIREMENT CORPORATION d/b/a GLENCROFT CENTER FOR MODERN AGING, and JOHN THORHAUER, are DISMISSED without prejudice. This dismisses this case in its entirety. Each party shall bear its own attorneys' fees and costs.

Accordingly, the Clerk of Court is DIRECTED to close this action.

**IT IS SO ORDERED.**

Dated: August 11, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge